THE AMERICAN COPPER COMPANY, Respondent, *v.* GEORGE LOWTHER et al., Appellants, Impleaded with Others.

*American Copper Co. v. Lowther,* 38 App. Div. 134, affirmed.
(Argued December 6, 1900; decided December 21, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1899, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*John J. Crawford* for appellants.

*Charles E. Miller* and *Charles P. Howland* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.